IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPHINE POTUTO, individually and on behalf of all other similarly situated women,<br><br>    Plaintiff,<br><br>v.<br><br>THE BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>    Defendant. | Case No. 4:20-CV-03003<br><br>**JOINT MOTION TO STAY DEADLINES** |

COME NOW the Plaintiff, Josephine Potuto, and Defendant, the Board of Regents of the University of Nebraska, hereinafter ("BRUN"), (jointly, "Parties") by and through counsel, and hereby move the Court for an order staying all deadlines, including discovery, until after the parties have participated in mediation. In support of this motion, the parties state that they have agreed to mediate the matter and will be scheduling the mediation as soon as it can be arranged. The parties wish to avoid the costs and expenses of litigation pending mediation.

WHEREFORE, the parties respectfully request the Court grant the Joint Motion to Stay all Deadlines until the outcome of the mediation.

Dated this 16th day of November, 2021.

        JOSEPHINE POTUTO, individually and on behalf of all other similarly situated women

    By: /s/ Kathleen M. Neary
       Vincent M. Powers, #15866
       Kathleen M. Neary, #20212
       Powers Law
       411 South 13th #300
       Lincoln, NE 68508
       powerslaw@me.com
       kathleen@vpowerslaw.com

UNIVERSITY OF NEBRASKA BOARD OF REGENTS, Defendant.

By: /s/ Lily Amare
Susan K. Sapp, #19121
Lily Amare, #25735
Cline Williams Wright
  Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

AND

Bren H. Chambers, #23150
Associate General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
402-472-1201
bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case

    Vincent M. Powers
    Kathleen M. Neary
    Powers Law
    411 S. 13th #300
    Lincoln, NE 68508
    powerslaw@me.com
    kathleen@vpowerslaw.com

/s/ Lily Amare
Lily Amare

4880-3262-9251, v. 1