IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPHINE POTUTO, individually and on behalf of all other similarly situated women,<br><br>Plaintiff,<br><br>vs.<br><br>THE BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>Defendant. | **CASE NO. 4:20-CV-3003**<br><br>JOINT MOTION FOR DISMISSAL WITH PREJUDICE |

COME NOW the parties, by and through their respective counsel, and jointly move the Court for an order dismissing the above-captioned matter in its entirety and, with prejudice, with each party to pay its own attorney's fees and costs.

WHEREFORE, the parties pray that the Court enter an Order of Dismissal with Prejudice, with each party paying its own fees and costs, and complete record waived.

Dated this 18th day of April, 2022.

                                          JOSEPHINE POTUTO, Plaintiff

By:   s/Kathleen M. Neary_____
        Vincent M. Powers #15866
        Kathleen M. Neary #20212
        Powers Law
        411 S. 13th #300
        Lincoln, NE 68508
        powerslaw@me.com
        kathleen@vpowerslaw.com

                                        THE BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, Defendant

By:   /s/Susan K. Sapp_____
        Susan K. Sapp, #19121
        Lily Amare, #25735
        Cline Williams Wright
        Johnson & Oldfather, L.L.P.
        1900 U.S. Bank Building
        233 South 13th Street
        Lincoln, NE 68508

(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com
*Attorneys for Defendant*

AND

Bren H. Chambers, #23150
Associate General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
402-472-1201
bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

s/Kathleen M. Neary
Kathleen M. Neary, #20212