IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JOSEPHINE POTUTO, | |
|---|---|
| Plaintiff, | 4:20-CV-3003 |
| vs. | |
| THE BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | **JUDGMENT** |
| Defendant. | |

This matter is before the Court on the parties' Joint Motion to Dismiss. Filing 88. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear its own fees and costs.

Dated this 18th day of April, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge